UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSOCIATE WARDEN HURLEY, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2083 GEB KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the December 9, 2016, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

Dated:  January 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/diaz2083.36