UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSOCIATE WARDEN HURLEY, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2083 GEB KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to the motion to revoke IFP status. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 26) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file an opposition. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: September 1, 2017

_/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

diaz2083.36(2)