UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSOCIATES WARDEN HURLEY, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2083 GEB KJN P<br><br><br>ORDER |

　　　　On November 21, 2017, plaintiff filed a motion for relief under Rule 60(b) of the Federal Rules of Civil Procedure, challenging the November 21, 2017 dismissal of this action. Rule 60(b) provides for relief from a judgment or order. However, on December 12, 2017, the order dismissing this action was vacated, and plaintiff was granted an extension of time in which to file objections to the findings and recommendations. Because the challenged order has been vacated, plaintiff's motion for relief is moot, and is therefore denied.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 38) is denied.

Dated: December 14, 2017

/diaz2083.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1