1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MIGUEL ENRIQUE DIAZ,                      No. 2:15-cv-2083 KJM KJN P

12                      Plaintiff,
                                                FINDINGS AND RECOMMENDATIONS
13           v.

14    ASSOCIATE WARDEN HULEY, et al.,

15                      Defendants.

16

17           Plaintiff is a state prisoner, proceeding pro se.  By an order filed January 24, 2018, the

18    October 30, 2017 findings and recommendations were adopted, and plaintiff was ordered to pay

19    the $400.00 filing fee within twenty-one days.  Twenty-one days have now passed, and plaintiff

20    has not responded to the court's order and has not paid the filing fee.

21           IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

22           These findings and recommendations are submitted to the United States District Judge

23    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24    after being served with these findings and recommendations, any party may file written

25    objections with the court and serve a copy on all parties.  Such a document should be captioned

26    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

27    objections shall be filed and served within fourteen days after service of the objections.  The

28    ////

                                                    1

parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 1, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/diaz2083.fpf