UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ENRIQUE DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATE WARDEN HURLEY, et al.,<br><br>Defendants. | No. 2: 15-cv-2083 KJM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's September 30, 2019 motion for a court order directing prison officials to provide him with law library access. (ECF No. 74.) For the reasons stated herein, plaintiff's motion is denied.

On March 27, 2018, this action was dismissed, and judgment was entered. (ECF Nos. 47, 48.) On October 1, 2019, the court denied plaintiff's motion to vacate the judgment. (ECF No. 73.) In the pending motion, plaintiff does not allege why he requires law library access with respect to the instant action. Because this case is closed, and the court denied plaintiff's motion to vacate the judgment, the undersigned finds that plaintiff has not demonstrated that he requires law library access to prosecute this case.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a court order directing prison officials to provide him with law library access (ECF No. 74) is denied.

Dated: October 10, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Diaz2083.ord